# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Ychel Marie Jaquez,

    Plaintiff,

—v—

Commissioner of Social Security,

    Defendant.

19-cv-9994 (AJN)

ORDER

DEC 19 2019

ALISON J. NATHAN, District Judge:

    In an Order dated November 21, 2019, the Court directed the parties to meet and confer to discuss whether they are willing to consent, under 28 U.S.C. § 636(c), to conducting all further proceedings before the assigned Magistrate Judge. Dkt. No. 16. The deadline to file either an executed consent form or a joint letter advising the Court that the parties do not consent was two weeks from the date on which Defendant noticed an appearance. *See id.*

    Counsel for Defendant filed a notice of appearance on November 20, 2019. Dkt. No. 15. However, the Court is not in receipt of either a consent form or joint letter. The parties are hereby ordered to file either an executed consent form or a joint letter, as described in the Court's November 21, 2019 Order, on or before December 30, 2019. The parties are advised that they are free to withhold consent without negative consequences.

    This Order does not alter the deadlines set forth in the Court's October 30, 2019 Scheduling Order.

    SO ORDERED.

1

Dated: December 18, 2019
New York, New York

_____
ALISON J. NATHAN
United States District Judge