# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

YCHEL MARIE JAQUEZ,

                     Plaintiff,                   19 **CIVIL** 9994 (KNF)

      -against-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                     Defendant.

-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Memorandum and Order dated November 300, 2020, the plaintiff's motion for judgment on the pleadings, Docket Entry No. 25, is denied, and the defendant's motion for judgment on the pleadings, Docket Entry No. 30, is granted and the ALJ's September 4, 2018 decision affirmed.

**Dated:**  New York, New York
            November 30, 2020

                                                                        **RUBY J. KRAJICK**
                                                                    _____
                                                                      **Clerk of Court**
                                        **BY:**
                                                                        **Deputy Clerk**